UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RUSSELL E. KLINGMAN                                   CIVIL ACTION

VERSUS                                                NO. 08-4157

MICHAEL J. ASTRUE, COMMISSIONER                       SECTION "J" (2)
OF SOCIAL SECURITY ADMINISTRATION

# ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that the claims of Russell E. Klingman are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 25th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE